04-22668.nh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-22668 CIV UUB
Case No. 93-572 CR UUB

MARSHALL IVES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent,
_____/

## ORDER SETTING EVIDENTIARY HEARING

**THIS MATTER** is before the Court upon the Petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence, filed October 22, 2004. The Court having reviewed the Motion and the Response and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that an evidentiary hearing take place on **Tuesday, July 26, 2005 at 10:00 A.M., at the United States District Court, 300 NE 1st Ave., Courtroom VIII before the undersigned Magistrate Judge.**

**This hearing will only concern the applicability of the mailbox rule and the circumstances surrounding the filing of Petitioner's §2255 motion. One (1) hour has been set aside for this hearing. If any party believes that additional time is required, that party shall file an appropriate motion immediately upon receipt of this notice.**

    (a) Motions to continue shall be filed at least 48 hours prior to the hearing.

    (b) Witness lists shall be exchanged at least 48 hours prior to the hearing.

    (c) All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at least 48 hours prior to the hearing.

(d) All case law to be argued at this hearing shall be submitted to opposing counsel (citations or copies of cases) at least 48 hours prior to the hearing, unless already contained in written memoranda previously filed in this case.

(e) No supplemental or additional memoranda or other forms of alleged "written aid" to the Court shall be permitted, without prior approval of the Court, other than demonstrative aids for use at the hearing.

(f) The parties shall immediately notify this Court of any settlement (of the matters which are the subject of this hearing).

**DONE AND ORDERED** this 19th day of July, 2005 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Ursula Ungaro-Benages
      Paul Petruzzi, Esq.
      Kevin Schad, Esq.
      AUSA Benjamin G. Greenberg